Robert J. ANDERSON, William A. Anderson and Mary Jane Corbin v. William C. CARBINE, Jr., John D. Carbine and Carbine-Anderson, Inc., No. 343-78

January 12, 1979. There being no objection to the amendment of the notice of appeal, the motion is granted.